FILED

11/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0284

# SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE THE MARRIAGE OF: | Supreme Court Cause No.: DA 21-0284 |
| BRIDGET J. KELLY | |
|       Petitioner/Appellee, | **ORDER** |
| -and- | |
| JOSEPH S. CAMP, III, | |
|       Respondent/Appellant. | |

Having reviewed Appellee's Unopposed Motion for Extension of Time, and good cause appearing therefrom, IT IS HEREBY ORDERED that Appellee shall have until December 6, 2021 to file her Response Brief.

DATED this _____ day of _____, 2021.

_____
Supreme Court Judge

cc: Kevin S. Brown
P. Mars Scott

ORDER - 1

ORDER - 2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 5 2021